UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

———————————————————

John Nesse and Tim Mackey as Trustees of the Minnesota Laborers Health and Welfare Fund, et al,

       Plaintiffs,

vs.

Pladson Environmental Incorporated,

       Defendant.

———————————————————

Case No. 18-CV-500 (DSD/TNL)

**ORDER FOR
PRELIMINARY INJUNCTION**

This matter came on for hearing on June 12, 2018. That hearing was continued to June 18, 2018 to permit service on Defendant. Defendant was personally served with the Trustees' Motion for Preliminary Injunction on June 14, 2018, but made no appearance at the hearing.

Based on the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

## ORDER

1.    The Trustees' Motion for Preliminary Injunction to Compel Production of Records is GRANTED.

2.    Defendant is ORDERED to produce, within three (3) days of service of this Order, the following:

    a. All timecards or other timekeeping records;

    b. All payroll summaries for each employee who performed work for Pladson Environmental;

c.  All certified payroll records;

d.  All contracts or subcontracts entered into by Pladson Environmental where any employee performed work;

e.  All job cost detail reports for all projects where any employee performed any work; and

f.  All surety bonds covering any projects where any employee performed any work.

3.  There being no just reason for delay, the Court orders entry of judgment on the foregoing injunction pursuant to Fed. R. Civ. P. 54(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY**


Dated: June 19, 2018                    s/David S. Doty
                                        The Honorable David S. Doty
                                        United States District Court Judge