## McGRANN SHEA CARNIVAL STRAUGHN & LAMB, CHARTERED
### ATTORNEYS AT LAW

WILLIAM R. MCGRANN
DOUGLAS M. CARNIVAL
KATHLEEN M. LAMB
JOHN R. SCHULZ
BRIAN L. SOBOL
SCOTT B. CROSSMAN
CARLA J. PEDERSEN

JOSEPH T. BAGNOLI
ROGER J. STELLJES
JEFFREY C. URBAN
KATHLEEN MICHAELA BRENNAN
CARL S. WOSMEK
AMY L. COURT
CHRISTY E. LAWRIE

MATTHEW W. BUCKLEY

Of Counsel
ROBERT O. STRAUGHN
PETER L. COOPER

ANDREW J. SHEA
(1938-2018)

RECEIVED BY MAIL
APR 16 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

April 15, 2019

**VIA U.S. MAIL**

U.S. Courthouse
300 South Fourth Street
Suite 202
Minneapolis, MN 55415

Re: Nesse and Mackey et al vs. Pladson Environmental Incorporated
Request for Writ of Execution
Court File No.: 18-cv-500 (DSD/TNL)
Our File No.: 11205-0852

Dear Sir/Madam:

Enclosed please find a Writ of Execution relative to the above-entitled matter. Please issue the same and return it to me in the enclosed envelope as soon as possible.

Please let me know if you have any questions.

Sincerely,

Christy E. Lawrie

cc: Rod Skoog (w/o encl.) (via U.S Mail)

1134012.DOC

SCANNED
APR 18 2019
U.S. DISTRICT COURT MPLS

U.S. BANCORP CENTER • 800 NICOLLET MALL • SUITE 2600 • MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 338-2525 • FACSIMILE (612) 339-2386 • WWW.MCGRANNSHEA.COM